BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:11-cr-00503-WBS |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS |
| v. | ) ) | CONFERENCE |
| JOE L. REGALADO, | ) ) | |
| Defendant | ) | |

Plaintiff United States of America, by and through Assistant United States Attorney Matthew Morris and Defendant, JOE L. REGALADO, by and through his attorney, Timote Tuitavuki, hereby stipulate as follows:

The parties agree that the status conference scheduled for January, 23, 2012 be continued to March 19, 2012 at 9:30 a.m. The parties request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate finding under the Speedy Trial Act:

a) The parties are investigating aspects of the defendant's arrest and conviction record to determine whether the recorded felony conviction was properly assessed against the defendant as opposed to another family member.

b) The parties have requested that state court records be retrieved from archives for this purpose, but have not yet received those files.

c) The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the government to obtain available witnesses.

For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of January 23, 2012, to March 19, 2012, inclusive, should be excluded pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) and local code T4 because the delay results from a continuance granted by the Court at defendant's request, with the agreement of the government, on the basis of the Court's finding that: (i) the delay will allow defense counsel reasonable time to prepare; and (ii) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED: January 20, 2012
/s/ Matthew Morris
MATTHEW G. MORRIS
Assistant United States Attorney

DATED: January 20, 2012
/s/ Timote Tuitavuki (auth. 1/20/12)
TIMOTE TUITAVUKI
Attorney for JOE L. REGALADO

**ORDER**

**UPON GOOD CAUSE SHOWN** and the stipulation of all parties, it is ordered that the January 23, 2012, status conference be continued to March 19, 2012 at 9:30 a.m. Based on the representation of counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time

necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the March 19, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

DATED: January 20, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE