```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-cr-00503-WBS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO EXCLUDE TIME |
| JOE L. REGALADO, | ) | |
| Defendant. | ) | |

The parties request that the status conference in this case be continued from May 7, 2012 to June 25, 2012 at 9:30 a.m. They stipulate that the time between May 7, 2012 and June 25, 2012, should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4. Specifically, the attorney for the defendant is recovering from an injury, has reviewed previously-produced discovery, and is in receipt of proposed terms for a resolution without trial.

1

The parties stipulate and agree that the interests of
justice served by granting this continuance outweigh the best
interests of the public and the defendant in a speedy trial.  18
U.S.C. § 3161(h)(7)(A).


                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATE: May 7, 2012 /s/ Matthew G. Morris
                        MATTHEW G. MORRIS
                        Assistant U.S. Attorney



DATE: May 7, 2012 /s/ Tim Tuitavuki (authorized 5/4/12)
                        TIMOTE TUITAVUKI
                        Attorney for Defendant


                                        **SO ORDERED.**

DATE:  May 4, 2012

                     _____
                     WILLIAM B. SHUBB
                     UNITED STATES DISTRICT JUDGE