BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-cr-00503-WBS |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME |
| JOE L. REGALADO, | |
| Defendant. | |

The parties request that the status conference in this case be continued from September 17, 2012, to October 15, 2012 at 9:30 a.m. They stipulate that the time between September 17, 2012, and October 15, 2012, should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4. Specifically, the government has offered terms for resolution and defense counsel will require time to review the offer with the defendant.

1

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: September 14, 2012     /s/ Matthew G. Morris
                             MATTHEW G. MORRIS
                             Assistant U.S. Attorney


DATE: September 14, 2012     /s/ Tim Tuitavuki (auth. 9/13/12)
                             TIMOTE TUITAVUKI
                             Attorney for Defendant

**SO ORDERED.**

DATE:  September 14, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE