BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:11-cr-00503-WBS |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [~~PROPOSED~~] ORDER TO EXCLUDE TIME |
| JOE L. REGALADO, ) | |
| Defendant. ) | |

The parties request that the status conference in this case be continued from June 3, 2013, to July 1, 2013 at 9:30 a.m. They stipulate that the time between June 3, 2013, and July 1, 2013, should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4. Specifically, the defense has provided discovery to the government regarding a forfeiture matter, and the government has conducted additional investigation and presented the results of that investigation to

1

the defense.  The parties are discussing the applicability of this new information to issues of forfeiture and sentencing.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: May 31, 2013          /s/ Matthew G. Morris
                            MATTHEW G. MORRIS
                            Assistant U.S. Attorney


DATE: May 31, 2013          /s/ Tim Tuitavuki (auth.5/31/13)
                            TIMOTE TUITAVUKI
                            Attorney for Defendant

**SO ORDERED.**

DATE:  May 31, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE