BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JOE L. REGALADO,<br><br>　　　　　　　Defendant. | CASE NO. 2:11-CR-503 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 18, 2013.

2. By this stipulation, defendant now moves to continue the status conference until January 13, 2014 at 9:30 a.m., and to exclude time between November 18, 2013, and January 13, 2014, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

　　a) Counsel for defendant desires additional time to consult with his client, to conduct investigation based on materials provided by the government in response to discovery from the defendant, and to discuss potential resolutions with his client.

　　b) Counsel for defendant believes that failure to grant the above-requested

STIPULATION AND PROPOSED ORDER　　　1

1 continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c)     The government does not object to the continuance.

        d)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 18, 2013, through January 13, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 15, 2013         BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Matthew G. Morris
                                          MATTHEW G. MORRIS
                                          Assistant United States Attorney

Dated: November 15, 2013         /s/ Timote Tuitavuki (auth. by email 11/15/13)
                                          TIMOTE TUITAVUKI
                                          Counsel for Defendant

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 18, 2013

_William B. Shubb_ (signature)

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER     2